

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00408-CV

| | | |
|---|---|---|
| CITY OF FORT WORTH, Appellant | § | On Appeal from the 153rd District Court |
| V. | | |
| | § | of Tarrant County (153-316458-20) |
| SOLEDAD ALVAREZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JESSICA ROMERO; AND | | |
| | § | February 10, 2022 |
| SONYA TORRES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LLAYLANII ROMERO, Appellees | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. We reverse the trial court's order denying Appellant City of Fort Worth's plea to the jurisdiction, render judgment dismissing Appellees Soledad Alvarez, Individually and as Representative of the Estate of Jessica Romero, and Sonya Torres, Individually and as Representative of the Estate of

Llaylanii Romero's special-defect claim, and remand Appellees' premises-defect claim to the trial court for further proceedings.

We order that each party bear their own costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr